**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | WT Repair, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-0889940 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3201 N Road<br>Beloit, KS 67420<br>Number, Street, City, State & ZIP Code | PO Box 503<br>Beloit, KS 67420<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Mitchell<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.wt-repair.com |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **WT Repair, LLC**                                      Case number *(if known)*
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     8113

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

     ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

| Debtor | WT Repair, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor    WT Repair, LLC                                   Case number (*if known*) _____

Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | WT Repair, LLC | Case number (*if known*) | |
|--------|----------------|--------------------------|--|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/15/2025
              MM / DD / YYYY

**X** *Wesley Thompson*
Signature of authorized representative of debtor

Wesley Thompson
Printed name

Title    Managing Member

**18. Signature of attorney**

**X** *Colin N. Gotham*
Signature of attorney for debtor

Date
MM / DD / YYYY

Colin Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone    (913) 962-8700    Email address    cgotham@emlawkc.com

KS#19538; MO#52343 KS
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | WT Repair, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First National Bank and Trust 225 State Street Phillipsburg, KS 67661 | | All Accounts, Equipment, Fixtures, & Inventory | | $2,529,786.41 | $0.00 | $2,529,786.41 |
| DEERE & COMPANY One John Deere Place Moline, IL 61265 | | MACDON FD13 FD-135 Platforms S/N 931-21 & All Attachments & Accessories | | $150,000.00 | $0.00 | $150,000.00 |
| WELLS FARGO FINANCIAL LEASING, INC. 1961 Hirst Drive Moberly, MO 65270 | | All Inventory & Equipment Finance or Leased from Creditor & All Related Trade-Ins, Cash, Rents, & Non-Cash Proceeds | | $113,369.87 | $0.00 | $113,369.87 |
| Ford Motor Credit Company 1501 North Plano Road Suite 100 Richardson, TX 75081 | | 2023 Ford F-350 XLT 1FTRF3BM2PEC04979 | | $43,282.42 | $0.00 | $43,282.42 |
| Ford Motor Credit Company PO Box 54200 Omaha, NE 68154-8000 | | 2022 Ford F-350 Lariat VIN 1FT8X3BT6NED73741 | | $34,578.06 | $0.00 | $34,578.06 |
| NEXTGEAR CAPITAL, INC. 11799 North College Avenue Carmel, IN 46032 | | All Assets & Property | | $33,151.59 | $0.00 | $33,151.59 |

Debtor  WT Repair, LLC        Case number *(if known)* _____

       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Bush Hog, Inc. 2501 Griffin Avenue Selma, AL 36703 | | Inventory of Alamo Group & Affiliates and all Bush Hog, Inc. Products and Trade-Ins and the Proceeds of Said Products | | $31,656.08 | $0.00 | $31,656.08 |
| Surepoint AG 9904 KS Hwy 25 Carmel, IN 46032 | | Parts LOC | | $31,000.00 | $0.00 | $31,000.00 |
| Kansas Department of Revenue Civil Tax Enforcement PO Box 12005 Topeka, KS 66612-2005 | | Tax Debt | | | | $25,615.08 |
| US Bank Bankruptcy Department PO Box 5229 Cincinnati, OH 45201-5229 | | Credit Card Purchases | | | | $19,167.59 |

**Fill in this information to identify the case:**

Debtor name    WT Repair, LLC

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Solomon Valley | Checking | 1007 | $6,000.00 |
| 3.2. | Solomon Valley | Checking | 1018 | $83.00 |
| 3.3. | Farmway Credit Union | Checking | 5-70 | $405.00 |
| 3.4. | Farmway Credit Union | Savings | 5-00 | $2,000.00 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**                    $8,488.00
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor    WT Repair, LLC              Case number *(if known)* _____
        Name

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

     11a. 90 days old or less:      170,000.00    −    0.00   =....      $170,000.00
                        face amount           doubtful or uncollectible accounts

     11b. Over 90 days old:      90,000.00    −    45,000.00   =....      $45,000.00
                        face amount           doubtful or uncollectible accounts

12.    **Total of Part 3.**

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      | $215,000.00 |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Metal and Tubing | | $0.00 | Liquidation | $15,000.00 |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Parts and Merchandise for Resale (oils, filters, parts chain, hydro hose, etc.) | | $0.00 | Liquidation | $600,000.00 |

23.    **Total of Part 5.**

     Add lines 19 through 22.  Copy the total to line 84.      | $615,000.00 |

24.    **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

| Debtor | WT Repair, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| CASEIH 8240 Combine | $0.00 | Liquidation | $210,000.00 |
| CASEIH 1255 Planter | $0.00 | Liquidation | $175,000.00 |
| MACDON FD13 FD-135 Platforms S/N 931-21 & All Attachments & Accessories | $0.00 | | $0.00 |
| CSE IH MAGN MAGNUM-340-RT Tractor & All Accessories & Attachments | $0.00 | | $200,000.00 |
| 1993 Case IH 1688 Combine | $0.00 | Liquidation | $12,000.00 |
| 1993 Case IH 1688 Combine | $0.00 | Liquidation | $10,000.00 |
| 1993 Case IH 1688 Combine | $0.00 | Liquidation | $7,500.00 |
| 1995 Case IH 2188 Combine | $0.00 | Liquidation | $20,000.00 |
| 2001 Case IH 2388 Combine | $0.00 | Liquidation | $35,000.00 |
| 2002 Case IH 2388 Combine | $0.00 | Liquidation | $25,000.00 |
| 2005 Case IH 2388 Combine | $0.00 | Liquidation | $35,000.00 |
| John Deer 9600 Combine | $0.00 | Liquidation | $10,000.00 |
| Bramco Bale Bed | $0.00 | Liquidation | $10,000.00 |

Debtor    WT Repair, LLC           Case number *(If known)* _____
         Name

| Description | Current value | Basis | Current value |
|---|---|---|---|
| Farm King 13x70 Auger | $0.00 | Liquidation | $10,000.00 |
| Harsh Feed Mixer | $0.00 | Liquidation | $20,000.00 |
| Quicke Q88 Loader Grapple Mounts | $0.00 | Liquidation | $20,000.00 |
| N-5x8 Kelly Ryan | $0.00 | Liquidation | $10,000.00 |
| N-6x10 Kelly Ryan | $0.00 | Liquidation | $14,000.00 |
| Grapple Bucket | $0.00 | Liquidation | $3,000.00 |
| Flat Out 12" Scraper | $0.00 | Liquidation | $3,500.00 |
| 2024 MacDon FD235 Flex Draper Head | $0.00 | Liquidation | $105,000.00 |
| 2024 MacDon FD240 Flex Draper Head | $0.00 | Liquidation | $115,000.00 |
| 1995 Case IH 1010 25' Rigid Head | $0.00 | Liquidation | $3,500.00 |
| 1996 Case IH 1010 30' Rigid Head | $0.00 | Liquidation | $5,000.00 |
| 1998 Case IH 1010 25' Rigid Head | $0.00 | Liquidation | $4,000.00 |
| 1999 Case IH 1010 30' Rigid Head | $0.00 | Liquidation | $4,000.00 |
| 2010 Case IH 1010 30' Rigid Head | $0.00 | Liquidation | $8,000.00 |
| Case IH 1010 30' Rigid Head | $0.00 | Liquidation | $5,000.00 |
| Case IH 1010 30' Rigid Head | $0.00 | Liquidation | $6,000.00 |
| Case IH 1010 25' Rigid Head | $0.00 | Liquidation | $4,500.00 |
| 1998 Case IH 1011 30' Rigid Head | $0.00 | Liquidation | $5,000.00 |
| 1995 Case IH 1020 25' Flex Head | $0.00 | Liquidation | $4,000.00 |
| 1996 Case IH 1020 25' Flex Head | $0.00 | Liquidation | $4,000.00 |
| 2000 Case IH 1020 Flex Air Reel Head | $0.00 | Liquidation | $15,000.00 |

Debtor    WT Repair, LLC          Case number *(If known)* _____
       Name

| | | | |
|---|---|---|---|
| Case IH 1020 25' Flex Head | $0.00 | Liquidation | $3,500.00 |
| Case IH 2208 Head | $0.00 | Liquidation | $15,000.00 |
| Case IH 2208 8-36 Corn Head | $0.00 | Liquidation | $7,000.00 |
| Case IH 2212 12 Row Corn Head | $0.00 | Liquidation | $15,000.00 |
| Case IH 3020 30' Flex Head yr15 | $0.00 | Liquidation | $20,000.00 |
| Case IH 3408 8 Row Corn Head | $0.00 | Liquidation | $15,000.00 |
| Case IH 3408 Corn Head | $0.00 | Liquidation | $20,000.00 |
| Case IH 3412 12 Row Corn Head | $0.00 | Liquidation | $25,000.00 |
| John Deere 853 Row Crop Head | $0.00 | Liquidation | $3,500.00 |
| 2009 MacDon D60 30' Draper Head | $0.00 | Liquidation | $30,000.00 |
| 2010 MacDon D60 35' Rigid Draper Head | $0.00 | Liquidation | $35,000.00 |
| 2018 MacDon FD140 Wrecked Head | $0.00 | Liquidation | $15,000.00 |
| 2014 MacDon FD75 40' Head | $0.00 | Liquidation | $40,000.00 |
| 2014 MacDon FD75 30' Draper Head | $0.00 | Liquidation | $45,000.00 |
| Case IH 5288 Tractor | $0.00 | Liquidation | $15,000.00 |
| 2012 Case IH 7230 Tractor | $0.00 | Liquidation | $95,000.00 |
| 2013 Case IH 7230 Tractor | $0.00 | Liquidation | $120,000.00 |
| Case IH 7230 Tractor 5900 Hrs - MFWD | $0.00 | Liquidation | $55,000.00 |
| 2011 Lexicon 730 Tractor | $0.00 | Liquidation | $80,000.00 |
| New Holland T70 Tractor | $0.00 | Liquidation | $20,000.00 |
| BBK 3080 30' Head Trailer | $0.00 | Liquidation | $3,500.00 |

| Debtor | WT Repair, LLC | | Case number *(if known)* | |
|--------|----------------|--|--------------------------|--|
| | Name | | | |

| | | | |
|--|--|--|--|
| BBK 32' Tandem Header Trailer | $0.00 | Liquidation | $6,500.00 |
| BBK 48' Series I Trailer | $0.00 | Liquidation | $10,000.00 |
| BBK 30' Series II Trailer | $0.00 | Liquidation | $6,000.00 |
| BBK 30' Series II Trailer | $0.00 | Liquidation | $6,000.00 |
| BBK 25' Series II Trailer | $0.00 | Liquidation | $5,000.00 |
| 2011 Jet 30' Grain Trailer | $0.00 | Liquidation | $24,000.00 |
| WTs 52' Tandem Hdr Trailer | $0.00 | Liquidation | $11,000.00 |
| 37' Tandem Header Trailer | $0.00 | Liquidation | $8,500.00 |
| 4 Wheel Head Trailer | $0.00 | Liquidation | $500.00 |

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**

    Add lines 28 through 32.  Copy the total to line 85.

    | $1,873,000.00 |
    |---|

34. **Is the debtor a member of an agricultural cooperative?**
    - ■ No
    - ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        - ☐ No
        - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ■ No
    - ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ■ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|

| Debtor | WT Repair, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**39. Office furniture**
Desks, Chairs, & Counters | $0.00 | Liquidation | $500.00

**40. Office fixtures**
Shelves & Racks | $0.00 | Liquidation | $5,000.00

**41. Office equipment, including all computer equipment and communication systems equipment and software**
2 Desktop Computers | $0.00 | Liquidation | $500.00

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. | $6,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. IH 7300 Truck | $0.00 | Liquidation | $15,000.00 |
| 47.2. Sterling Truck | $0.00 | Liquidation | $15,000.00 |
| 47.3. 2022 Ford F-350 Lariat<br>VIN 1FT8X3BT6NED73741 | $0.00 | Liquidation | $0.00 |
| 47.4. 2023 Ford F-350 XLT<br>1FTRF3BM2PEC04979 | $0.00 | Liquidation | $0.00 |
| 47.5. 2002 Ford F-550 Service Truck<br>VIN 1FDAF56F12ED56051 | $0.00 | Liquidation | $20,000.00 |
| 47.6. 2011 Ford F-250 Service Truck<br>VIN 1FDSF2B6XBED94576 | $0.00 | Liquidation | $15,725.00 |

Debtor    WT Repair, LLC      Case number *(If known)* _____
       Name

| | | | |
|---|---|---|---|
| 47.7. | 2008 Ford F-350 Dually<br>VIN 1FTWF33R58ED48248 | $0.00   Liquidation | $26,000.00 |
| 47.8. | 2005 Ford F-550 4x4<br>VIN 1FDAFS7P75ED12535 | $0.00   Liquidation | $10,000.00 |
| 47.9. | 1994 Kenworth T600 Semi Tractor<br>VIN 1XKADB9X6RS627828 | $0.00   Liquidation | $20,000.00 |
| 47.10. | 1997 Movall Implement Trailer | $0.00   Liquidation | $10,000.00 |
| 47.11. | Combine Trailer | $0.00   Liquidation | $15,000.00 |
| 47.12. | 2020 Load Trail 34' Gooseneck Trailer<br>VIN 4ZEGC3425L1202040 | $0.00   Liquidation | $8,000.00 |
| 47.13. | 2014 Ford F-350 Service Truck<br>VIN 1FDRF3H64EEA98052 | $0.00   Liquidation | $20,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| BendPak 4 Post Lift | $0.00   Liquidation | $6,000.00 |
| BendPak 2 Post Lift | $0.00   Liquidation | $6,000.00 |
| Overhead Crane | $0.00   Liquidation | $7,000.00 |
| Misc. Shop Tools | $0.00   Liquidation | $75,000.00 |
| 3 Miller Wire Welders | $0.00   Liquidation | $6,000.00 |
| 2 ESAB Plasma Cutters | $0.00   Liquidation | $4,000.00 |
| RobinAir R134 AC | $0.00   Liquidation | $2,000.00 |
| Daewoo Forklift | $0.00   Liquidation | $10,000.00 |
| Nissan Forklift | $0.00   Liquidation | $2,500.00 |

| Debtor | WT Repair, LLC | | Case number *(If known)* | |
|--------|----------------|--|--------------------------|--|
| | Name | | | |

| | | | |
|---|---|---|---|
| Clark 5000lb Forklift | $0.00 | Liquidation | $10,000.00 |
| Case 586E MFD Forklift | $0.00 | Liquidation | $20,000.00 |
| Case 721B Payloader | $0.00 | Liquidation | $19,000.00 |
| Bobcat S205 Skid Steer | $0.00 | Liquidation | $25,000.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$367,225.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. WT Repair Facility (owned personally by Wesley Thompson) (for disclosure purposes only) 5.27 Acres w/ Shop and Storage Buildings located at 3201 N Road, Beloit, Mitchell Co, KS 67420<br><br>S02, T08, R07W, ACRES 5.27, BEG SW COR SW4, THS N 739.90', SELY 468.85', SELY 305.92', S 179.17', W 478.47' POB, EX ROW | | $0.00 | Liquidation | $0.00 |

Debtor   WT Repair, LLC   Case number *(If known)* _____
_____
Name

56.   **Total of Part 9.**

|  | $0.00 |
|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** www.wt-repair.com | $0.00 | Liquidation | $0.00 |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** Customer List | $0.00 | Liquidation | $0.00 |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**

|  | $0.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    WT Repair, LLC                                Case number *(If known)* _____
          _____
          Name

Debtor    WT Repair, LLC                          Case number *(If known)* _____

        Name

---

**Part 12:**    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,488.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $215,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $615,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,873,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $367,225.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.*   **+** | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,084,713.00   **+ 91b.** | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,084,713.00 |

**Fill in this information to identify the case:**

Debtor name ___WT Repair, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF KANSAS___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** BUHLER TRADING INC.
Creditor's Name

301 Mountain St S
Morden, MB, R6M 1X7
Canada
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All Buhler Products & Inventory

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $0.00
Value of collateral: $0.00

**2.2** Bush Hog, Inc.
Creditor's Name

2501 Griffin Avenue
Selma, AL 36703
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Inventory of Alamo Group & Affiliates and all Bush Hog, Inc. Products and Trade-Ins and the Proceeds of Said Products

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: $31,656.08
Value of collateral: $0.00

Debtor    WT Repair, LLC            Case number (if known) _____
        Name

■ No
☐ Yes. Specify each creditor,     ☐ Contingent
including this creditor and its relative    ☐ Unliquidated
priority.                         ☐ Disputed

---

| **2.3** | CNH INDUSTRIAL CAPITAL AMERICA, LLC | | $78,378.00 | $210,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
CASEIH 8240 Combine

500 Diller Avenue
New Holland, PA 17557-9301

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.4** | CNH INDUSTRIAL CAPITAL AMERICA, LLC | | $24,563.00 | $175,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
CASEIH 1255 Planter

500 Diller Avenue
New Holland, PA 17557-9301

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.5** | CNH INDUSTRIAL CAPITAL AMERICA, LLC | | $7,449.48 | $210,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
Parts LOC

500 Diller Avenue
New Holland, PA 17557-9301

Creditor's mailing address

**Describe the lien**

---

| Debtor | WT Repair, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | CNH INDUSTRIAL CAPITAL AMERICA, LLC | | $23,032.67 | $210,000.00 |
|---|---|---|---|---|

Creditor's Name

500 Diller Avenue
New Holland, PA 17557-9301

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Parts LOC

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | DEERE & COMPANY | | $150,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

One John Deere Place
Moline, IL 61265

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
MACDON FD13 FD-135 Platforms S/N 931-21 & All Attachments & Accessories

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor __WT Repair, LLC_____    Case number (if known) _____

Name

---

**2.8** DEERE & COMPANY

Creditor's Name

One John Deere Place
Moline, IL 61265

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien        $51,923.66        $200,000.00
CSE IH MAGN MAGNUM-340-RT Tractor & All
Accessories & Attachments

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** FARMWAY CREDIT UNION

Creditor's Name

200 South Hersey Ave
Beloit, KS 67420

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien        $0.00        $0.00
All New & Pre Owned Vehicles In Invetory

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** FARMWAY CREDIT UNION

Creditor's Name

200 South Hersey Ave
Beloit, KS 67420

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien        $0.00        $20,000.00
2002 Ford F-550 Service Truck
VIN 1FDAF56F12ED56051

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor  WT Repair, LLC
_____
Name

Case number (if known) _____

---

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | FARMWAY CREDIT UNION | | $0.00 | $15,725.00 |
|---|---|---|---|---|

Creditor's Name

200 South Hersey Ave
Beloit, KS 67420
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2011 Ford F-250 Service Truck
VIN 1FDSF2B6XBED94576

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | FARMWAY CREDIT UNION | | $0.00 | $26,000.00 |
|---|---|---|---|---|

Creditor's Name

200 South Hersey Ave
Beloit, KS 67420
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2008 Ford F-350 Dually
VIN 1FTWF33R58ED48248

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | FARMWAY CREDIT UNION | | $0.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

200 South Hersey Ave
Beloit, KS 67420

**Describe debtor's property that is subject to a lien**
2005 Ford F-550 4x4
VIN 1FDAFS7P75ED12535

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 11

Debtor    WT Repair, LLC       Case number (if known) _____
_____
Name

| Creditor's mailing address | **Describe the lien** |
| | Automobile Loan |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 4 | **FARMWAY CREDIT UNION** | **Describe debtor's property that is subject to a lien** | $0.00 | $20,000.00 |
| | Creditor's Name | 2014 Ford F-350 Service Truck | | |
| | 200 South Hersey Ave | VIN 1FDRF3H64EEA98052 | | |
| | Beloit, KS 67420 | |

| Creditor's mailing address | **Describe the lien** |
| | Automobile Loan |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 5 | **First National Bank and Trust** | **Describe debtor's property that is subject to a lien** | $2,529,786.41 | $0.00 |
| | Creditor's Name | All Accounts, Equipment, Fixtures, & Inventory | | |
| | 225 State Street | |
| | Phillipsburg, KS 67661 | |

| Creditor's mailing address | **Describe the lien** |
| | UCC |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |

---

Debtor  WT Repair, LLC
_____
Name

Case number (if known) _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.16 | First National Bank and Trust | | $0.00 | $0.00 |
|---|---|---|---|---|

**2.16**

First National Bank and Trust
Creditor's Name

**Describe debtor's property that is subject to a lien**
WT Repair Facility (owned personally by Wesley Thompson) (for disclosure purposes only)
5.27 Acres w/ Shop and Storage Buildings located at 3201 N Road, Beloit, Mitchell Co, KS 67420

(Solomon Valley Bank)
225 State Street
Phillipsburg, KS 67661
Creditor's mailing address

S02, T08, R07W, ACRES 5.27, BEG SW COR SW4, THS N 73

**Describe the lien**
First Mortgage

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.17 | Ford Motor Credit Company | | $34,578.06 | $0.00 |
|---|---|---|---|---|

**2.17**

Ford Motor Credit Company
Creditor's Name

**Describe debtor's property that is subject to a lien**
2022 Ford F-350 Lariat
VIN 1FT8X3BT6NED73741

PO Box 54200
Omaha, NE 68154-8000
Creditor's mailing address

**Describe the lien**
Automobile Loan

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.18 | Ford Motor Credit Company | **Describe debtor's property that is subject to a lien** | $43,282.42 | $0.00 |
|---|---|---|---|---|

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 7 of 11

Debtor    WT Repair, LLC      Case number (if known) _____
_____
Name

**Creditor's Name**

1501 North Plano Road
Suite 100
Richardson, TX 75081

Creditor's mailing address

2023 Ford F-350 XLT 1FTRF3BM2PEC04979

**Describe the lien**
Automobile Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | MacDon, Inc. | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

All Assets & Property Acquired from Creditor

10708 North Pomona Avenue
Kansas City, MO 64153-1924

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | NEXTGEAR CAPITAL, INC. | Describe debtor's property that is subject to a lien | $33,151.59 | $0.00 |

Creditor's Name

All Assets & Property

11799 North College Avenue
Carmel, IN 46032

Creditor's mailing address

**Describe the lien**
UCC - Blanket Lien on All Assets & Property

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 8 of 11

Debtor   WT Repair, LLC       Case number (if known) _____
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 1 | **Surepoint AG** | **Describe debtor's property that is subject to a lien** | $31,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Parts LOC

9904 KS Hwy 25
Carmel, IN 46032

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 2 | **WELLS FARGO FINANCIAL LEASING, INC.** | **Describe debtor's property that is subject to a lien** | $113,369.87 | $0.00 |
|---|---|---|---|---|

Creditor's Name

All Inventory & Equipment Finance or Leased from Creditor & All Related Trade-Ins, Cash, Rents, & Non-Cash Proceeds

1961 Hirst Drive
Moberly, MO 65270

Creditor's mailing address

**Describe the lien**
UCC

_____

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $3,152,171.24 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    

Debtor    WT Repair, LLC                    Case number (if known) _____

              Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Beverly M. Weber<br>Armstrong Teasdale<br>2345 Grand Blvd., Suite 1500<br>Kansas City, MO 64108 | Line 2.22 | |
| Ford Motor Credit Company<br>1501 North Plano Road<br>Suite 100<br>Richardson, TX 75081 | Line 2.17 | |
| Jeremy E. Koehler<br>Foulston Attorneys at Law<br>1551 North Waterfront Parkway<br>Suite 100<br>Wichita, KS 67206-4466 | Line 2.3 | |
| Jeremy E. Koehler<br>Foulston Attorneys at Law<br>1551 North Waterfront Parkway<br>Suite 100<br>Wichita, KS 67206-4466 | Line 2.4 | |
| Jeremy E. Koehler<br>Foulston Attorneys at Law<br>1551 North Waterfront Parkway<br>Suite 100<br>Wichita, KS 67206-4466 | Line 2.5 | |
| Jeremy E. Koehler<br>Foulston Attorneys at Law<br>1551 North Waterfront Parkway<br>Suite 100<br>Wichita, KS 67206-4466 | Line 2.6 | |
| Katherine E. Simpson<br>Stevens & Brand, LLP<br>900 Massachusetts Street, Suite 500<br>Lawrence, KS 66044-2868 | Line 2.7 | |
| Katherine E. Simpson<br>Stevens & Brand, LLP<br>900 Massachusetts Street, Suite 500<br>Lawrence, KS 66044-2868 | Line 2.8 | |
| Matthew A. Tate<br>Litchfield Cavo LLP<br>10401 Holmes Road<br>Suite 220<br>Kansas City, MO 64131 | Line 2.9 | |
| WELLS FARGO FINANCIAL LEASING, INC.<br>800 Walnut Street<br>Des Moines, IA 50309 | Line 2.22 | |
| Wesley Smith<br>Stevens & Brand, LLP<br>4848 SW 21st Street<br>Suite 201<br>Topeka, KS 66604 | Line 2.7 | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 10 of 11

Docusign Envelope ID: 433D5B17-BB24-45C4-9470-2D7EA1B7A488

Debtor    WT Repair, LLC

Case number (if known) _____

Name

Wesley Smith
Stevens & Brand, LLP
4848 SW 21st Street
Suite 201
Topeka, KS 66604

Line   2.8

| Fill in this information to identify the case: |
| --- |

Debtor name  **WT Repair, LLC**

United States Bankruptcy Court for the:  **DISTRICT OF KANSAS**

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.**
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| | | $0.00 | $0.00 |

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| | | $0.00 | $0.00 |

**2.2** Priority creditor's name and mailing address
Kansas Department of Labor
Attn: Legal Services
401 SW Topeka Blvd
Topeka, KS 66603-3182

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Tax Debt

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | WT Repair, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,615.08 | $25,615.08 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka, KS 66612-2005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,615.08    $25,615.08

Date or dates debt was incurred

Basis for the claim:
Tax Debt

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

Mitchell County Treasurer
111 South Hersey
Beloit, KS 67420

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

FARM CREDIT SERVICES OF AMERICA, PCA
4701 North Sixth Street
Beatrice, NE 68310

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.2** Nonpriority creditor's name and mailing address

PRICE BROS EQUIPMENT
619 South Washington Avenue
Wichita, KS 67211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.3** Nonpriority creditor's name and mailing address

US Bank
Bankruptcy Department
PO Box 5229
Cincinnati, OH 45201-5229

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Purchases

Is the claim subject to offset? ■ No ☐ Yes

$19,167.59

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | WT Repair, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line _2.1_<br>☐ Not listed. Explain ____ | _ |
| 4.2 | FARM CREDIT SERVICES OF AMERICA, PCA<br>5015 South 118th Street<br>Omaha, NE 68137 | Line _3.1_<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Internal Revenue Service<br>Attn: Insolvency/Advisory<br>Mail Stop 5334 LSM<br>2850 NE Independence Ave<br>Lees Summit, MO 64064 | Line _2.1_<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Kansas Attorney General<br>120 SW 10th Avenue<br>2nd Floor<br>Topeka, KS 66612 | Line _2.3_<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Kansas Attorney General<br>120 SW 10th Avenue<br>2nd Floor<br>Topeka, KS 66612 | Line _2.2_<br>☐ Not listed. Explain ____ | _ |
| 4.6 | US Attorney<br>US Courthouse<br>500 State Avenue, Rm 360<br>Kansas City, KS 66101 | Line _2.1_<br>☐ Not listed. Explain ____ | _ |

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 25,615.08 |
| **5b. Total claims from Part 2** | 5b. + | $ 19,167.59 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 44,782.67 |

**Fill in this information to identify the case:**

Debtor name ___WT Repair, LLC_____

United States Bankruptcy Court for the: ___DISTRICT OF KANSAS_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name    WT Repair, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**      Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Renee Thompson | 204 North Pine<br>Beloit, KS 67420 | First National Bank and Trust | ☑ D   2.15<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | First National Bank and Trust | ☑ D   2.15<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | Bush Hog, Inc. | ☑ D   2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | CNH INDUSTRIAL CAPITAL AMERICA, LLC | ☑ D   2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | CNH INDUSTRIAL CAPITAL AMERICA, LLC | ☑ D   2.4<br>☐ E/F _____<br>☐ G _____ |

Debtor    WT Repair, LLC                                   Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. **Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | CNH INDUSTRIAL CAPITAL AMERICA, LLC | ■ D   2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | CNH INDUSTRIAL CAPITAL AMERICA, LLC | ■ D   2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | DEERE & COMPANY | ■ D   2.7<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | DEERE & COMPANY | ■ D   2.8<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | FARMWAY CREDIT UNION | ■ D   2.9<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | FARMWAY CREDIT UNION | ■ D   2.10<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | FARMWAY CREDIT UNION | ■ D   2.11<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | FARMWAY CREDIT UNION | ■ D   2.12<br>☐ E/F ____<br>☐ G ____ |

Debtor    WT Repair, LLC                               Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | FARMWAY CREDIT UNION | ■ D   2.13 <br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.15 Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | FARMWAY CREDIT UNION | ■ D   2.14 <br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.16 Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | First National Bank and Trust | ■ D   2.15 <br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.17 Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | First National Bank and Trust | ■ D   2.16 <br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.18 Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | NEXTGEAR CAPITAL, INC. | ■ D   2.20 <br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.19 Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | Surepoint AG | ■ D   2.21 <br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | WT Repair, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**  **Summary of Assets**

1.  ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................  $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................  $ _____3,084,713.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................  $ _____3,084,713.00

---

**Part 2:**  **Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................  $ _____3,152,171.24

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $ _____25,615.08

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$ _____19,167.59

4.  **Total liabilities** ...............................................................................
   Lines 2 + 3a + 3b

   $ _____3,196,953.91

---

**Fill in this information to identify the case:**

Debtor name    WT Repair, LLC

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    X *Wesley Thompson*

Signed by:
Wesley Thompson
2D4185373409343

Signature of individual signing on behalf of debtor

Wesley Thompson
Printed name

Managing Member
Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:                                          )
                                                )
WT REPAIR, LLC,                                 )          Case No. 25-2
                                                )          Chapter 11
_____Debtor._____)

## DEBTOR'S DECLARATION UNDER PENALTY OF PERJURY AND NOTICE OF COMPLIANCE WITH FED. R. BANKR. P. 7007.1 AND LOCAL RULE 1007-1

Comes now the Debtor, WT Repair, LLC, and hereby makes the following statements and declarations under penalty of perjury regarding the following documents required by Fed. R. Bankr. P. 7007.1 and Local Rule 1007-1:

1. A Corporate Resolution Statement is attached hereto.

2. A Balance Sheet as of 12/31/2024 is attached hereto.

3. A Statement of Operations has not been prepared.

4. The Cash Flow Statement is has not been prepared.

5. The 2023 Federal Income Tax Returns are attached hereto.

WT Repair, LLC

*Wesley Thompson*

By: Wesley Thompson
Managing Partner

**RESOLUTIONS BY
THE MEMBERS/SHAREHOLDERS OF
WT REPAIR, LLC**

At a meeting of all of the Members/Shareholders of WT Repair, LLC duly held at the office of said Company/Corporation on the 12 day of May 2025, the following Resolutions were adopted.

RESOLVED: that WT Repair, LLC will file a Chapter 11 Bankruptcy Proceeding in the United States Bankruptcy Court for the District of Kansas, and that Evans & Mullinix, P.A. will be the attorneys WT Repair, LLC in this bankruptcy proceeding; and

RESOLVED: that Wesley Thompson, Managing Member of WT Repair, LLC, is hereby authorized and instructed to sign all of the appropriate documents and take such action as is necessary and required of WT Repair, LLC to comply with the local rules of court and the statutory requirements as set forth in the Bankruptcy Code and Local Bankruptcy Rules.

Notice of the time and place of said meeting is hereby waived by the Members/Shareholders.

By: Wesley Thompson
Managing Member

STATE OF KANSAS       )
                         ) ss:
COUNTY OF Mitchell    )

Wesley Thompson, being duly sworn, says that he/she is the Managing Member of WT Repair, LLC, a corporation/company of the State of Kansas, authorized to do business in the State of Kansas and that the foregoing is a true and correct copy of the Resolutions adopted by said Company/Corporation on the 12 day of May 2025

By: Wesley Thompson
Managing Member
WT Repair, LLC

Subscribed and sworn to before me this 12 day of May 2025.

Notary Public

**MARY EBERLE**
Notary Public - State of Kansas
My Appt. Expires June 15, 2026

## WT Repair, LLC
## Balance Sheet
### As of December 31, 2024

| | As of Dec 31, 2024 | As of Dec 31, 2023 (PY) | Change | % Change |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Bank Accounts** | | | | |
| 1000 Petty Cash On Hand | 1,280.50 | 499.85 | 780.65 | 156.18% |
| Total 1010 Farmway | $ 17,361.10 | $ 48,996.98 -$ | 31,635.88 | -64.57% |
| Total 1020 Solomon Valley | $ 40,384.10 | $ 61,395.39 -$ | 21,011.29 | -34.22% |
| **Total Bank Accounts** | $ 59,025.70 | $ 110,892.22 -$ | 51,866.52 | -46.77% |
| **Total Accounts Receivable** | $ 227,110.82 | $ 220,360.21 $ | 6,750.61 | 3.06% |
| **Other Current Assets** | | | | |
| Total 1300 Inventory | $ 3,019,800.26 | $ 2,361,933.66 $ | 657,866.60 | 27.85% |
| Total 1400 Loans Receivable | $ 1,545,742.38 | $ 1,567,661.83 -$ | 21,919.45 | -1.40% |
| 1499 Undeposited Funds | 37,849.00 | 4,036.86 | 33,812.14 | 837.59% |
| 1500 Stock | 212.06 | 212.06 | 0.00 | 0.00% |
| **Total Other Current Assets** | $ 4,603,603.70 | $ 3,933,844.41 $ | 669,759.29 | 17.03% |
| **Total Current Assets** | $ 4,889,740.22 | $ 4,265,096.84 $ | 624,643.38 | 14.65% |
| **Fixed Assets** | | | | |
| 1700 Fixed Assets | | | 0.00 | |
| 1710 Buildings | 506,595.65 | 506,595.65 | 0.00 | 0.00% |
| 1720 Machinery & Equipment1 | 251,145.49 | 251,145.49 | 0.00 | 0.00% |
| 1790 Accumulated Depreciation | -443,305.62 | -443,305.62 | 0.00 | 0.00% |
| **Total 1700 Fixed Assets** | $ 314,435.52 | $ 314,435.52 $ | 0.00 | 0.00% |
| **Total Fixed Assets** | $ 314,435.52 | $ 314,435.52 $ | 0.00 | 0.00% |
| **TOTAL ASSETS** | $ 5,204,175.74 | $ 4,579,532.36 $ | 624,643.38 | 13.64% |
| **LIABILITIES AND EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| **Accounts Payable** | | | | |
| 2000 Accounts Payable | 88,952.94 | 1,247,750.04 | -1,158,797.10 | -92.87% |
| Total 2300 Credit Card Payable | $ 100,032.54 | $ 66,633.47 $ | 33,399.07 | 50.12% |
| **Other Current Liabilities** | | | | |
| Total 2100 Payroll Liabilities | -$ 3,735.12 | -$ 3,716.89 -$ | 18.23 | -0.49% |
| Total 2200 Sales Tax Payable | $ 14,329.49 | -$ 3,328.21 $ | 17,657.70 | 530.55% |
| 2510 Farmway CU LOC | 548,375.16 | 391,981.80 | 156,393.36 | 39.90% |
| 2530 Wells Fargo | 113,369.87 | 150,000.00 | -36,630.13 | -24.42% |
| 2620 Farmway CU Loans | 36,000.00 | 0.00 | 36,000.00 | |
| Total 2640 SVB - First National Bank | $ 2,256,089.51 | $ 2,391,674.80 -$ | 135,585.29 | -5.67% |
| Total 2650 Ford Motor Credit | $ 101,056.33 | $ 90,166.40 $ | 10,889.93 | 12.08% |
| Total 2699 CNH | $ 115,230.63 | $ 181,931.23 -$ | 66,700.60 | -36.66% |
| John Deere | 51,923.66 | 51,923.66 | 0.00 | 0.00% |
| Nextgear Capital | 115,575.00 | 0.00 | 115,575.00 | |
| SVB Line of Credit | 0.00 | 0.00 | 0.00 | |
| **Total SVB Line of Credit** | $ 0.00 | $ 0.00 $ | 0.00 | |
| **Total Other Current Liabilities** | $ 3,348,214.53 | $ 3,250,632.79 $ | 97,581.74 | 3.00% |
| **Total Current Liabilities** | $ 3,537,200.01 | $ 4,565,016.30 -$ | 1,027,816.29 | -22.52% |
| **Total Liabilities** | $ 3,537,200.01 | $ 4,565,016.30 -$ | 1,027,816.29 | -22.52% |
| **Equity** | | | | |
| 3000 Opening Bal Equity | 58,862.34 | 0.00 | 58,862.34 | |
| 3015 Contributions/Distributions | -6,000.00 | 0.00 | -6,000.00 | |
| 3110 Retained Earnings | 279,281.51 | 44,223.00 | 235,058.51 | 531.53% |
| Distribution | 726,362.98 | -264,765.45 | | |
| Net Income | 608,468.90 | 235,058.51 | 373,410.39 | 158.86% |
| **Total Equity** | $ 1,666,975.73 | $ 14,516.06 $ | 1,652,459.67 | 11383.67% |
| **TOTAL LIABILITIES AND EQUITY** | $ 5,204,175.74 | $ 4,579,532.36 $ | 624,643.38 | 13.64% |

Docusign Envelope ID: 433D5B17-BB24-45C4-9470-2D7EA1B7A488

## WT Repair, LLC
## Profit and Loss
January - December 2024

| | | Jan - Dec 2024 | % of Income | | Jan - Dec 2023 (PY) | % of Income | | Change | % Change |
|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | |
| Total Equipment Sales | $ | 3,544,926.70 | 51.50% | $ | 5,926,759.43 | 73.89% | $ | (2,381,832.73) | -40.19% |
| Total Vehicle Sales | $ | 1,075,451.10 | 15.62% | $ | 1,241,469.99 | 15.48% | $ | (166,018.89) | -13.37% |
| Total Parts & Labor Incomes | $ | 2,261,700.90 | 32.86% | $ | 799,725.43 | 9.97% | $ | 1,461,975.47 | 182.81% |
| Total Other Operating Income | $ | 20,929.19 | 0.30% | $ | 68,920.71 | 0.86% | $ | (47,991.52) | -69.63% |
| Total Discounts & Warranty | $ | (19,814.27) | -0.29% | $ | (15,510.58) | -0.19% | $ | (4,303.69) | -27.75% |
| **Total Income** | **$** | **6,883,193.62** | **100.00%** | **$** | **8,021,364.98** | **100.00%** | **$** | **(1,138,171.36)** | **-14.19%** |
| **Total Cost of Goods Sold** | **$** | **5,299,277.62** | **76.99%** | **$** | **6,788,460.24** | **84.63%** | **$** | **(1,489,182.62)** | **-21.94%** |
| **Gross Profit** | **$** | **1,583,916.00** | **23.01%** | **$** | **1,232,904.74** | **15.37%** | **$** | **351,011.26** | **28.47%** |
| **Expenses** | | | | | | | | | |
| Total Payroll Expenses | $ | 317,230.18 | 4.61% | $ | 280,041.68 | 3.49% | $ | 37,188.50 | 13.28% |
| Total Operating Expenses | $ | 291,078.79 | 4.23% | $ | 243,598.87 | 3.04% | $ | 47,479.92 | 19.49% |
| Total Shop & Facility Expenses | $ | 43,399.37 | 0.63% | $ | 44,937.63 | 0.56% | $ | (1,538.26) | -3.42% |
| Total Interest Expense | $ | 79,584.84 | 1.16% | $ | 264,141.92 | 3.29% | $ | (184,557.08) | -69.87% |
| Total Admin Expenses | $ | 244,153.92 | 3.55% | $ | 165,126.13 | 2.06% | $ | 79,027.79 | 47.86% |
| **Total Expenses** | **$** | **975,447.10** | **14.17%** | **$** | **997,846.23** | **12.44%** | **$** | **(22,399.13)** | **-2.24%** |
| **Net Income(Loss)** | **$** | **608,468.90** | **8.84%** | **$** | **235,058.51** | **2.93%** | **$** | **373,410.39** | **158.86%** |

DocuSign Envelope ID: 433D5B17-BB24-45C4-9470-2D7EA1B7A488

# WT Repair, LLC
## Profit and Loss
### January - December 2024

| | Jan - Dec 2024 | % of Income | Jan - Dec 2023 (PY) | % of Income | Change | % Change |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| **Equipment Sales** | | | | | 0.00 | |
| 4010 New Equipment Sales | 297,981.70 | 4.33% | 2,264,677.87 | 28.23% | (1,966,696.17) | -86.84% |
| 4020 Used Equipment Sales | 3,148,545.00 | 45.74% | 2,790,005.94 | 34.78% | 358,539.06 | 12.85% |
| 4040 Sales Commission | 98,400.00 | 1.43% | 872,075.62 | 10.87% | (773,675.62) | -88.72% |
| **Total Equipment Sales** | **$ 3,544,926.70** | **51.50%** | **$ 5,926,759.43** | **73.89%** | **$ (2,381,832.73)** | **-40.19%** |
| **Vehicle Sales** | | | | | 0.00 | |
| 4120 Used Vehicle Sales | 1,074,250.86 | 15.61% | 1,236,773.04 | 15.42% | (162,522.18) | -13.14% |
| 4140 Sales Commissions | 1,200.24 | 0.02% | 4,696.95 | 0.06% | (3,496.71) | -74.45% |
| **Total Vehicle Sales** | **$ 1,075,451.10** | **15.62%** | **$ 1,241,469.99** | **15.48%** | **$ (166,018.89)** | **-13.37%** |
| **Parts & Labor Income** | | | | | | |
| 4200 Parts Income | 1,821,948.03 | 26.47% | 507,351.86 | 6.33% | 1,314,596.17 | 259.11% |
| 4400 Labor & Services | 347,162.21 | 5.04% | 292,173.57 | 3.64% | 54,988.64 | 18.82% |
| 4700 Billable Expenses Income | 92,163.70 | 1.34% | 200.00 | 0.00% | 91,963.70 | 45981.85% |
| 4705 Markup on Billable Expenses | 426.96 | 0.01% | | 0.00% | 426.96 | |
| **Total Parts & Labor Incomes** | **$ 2,261,700.90** | **32.86%** | **$ 799,725.43** | **9.97%** | **$ 1,461,975.47** | **182.81%** |
| **Other Operating Income** | | | | | | |
| 4300 Delivery Income | 7,474.75 | 0.11% | 3,203.00 | 0.04% | 4,271.75 | 133.37% |
| 4450 Rental Income | 800.00 | 0.01% | 49,164.00 | 0.61% | (48,364.00) | -98.37% |
| 4490 Fee Income | 10,599.62 | 0.15% | 16,312.47 | 0.20% | (5,712.85) | -35.02% |
| 4995 Other Income | 2,054.82 | 0.03% | 241.24 | 0.00% | 1,813.58 | 751.77% |
| **Total Other Operating Income** | **$ 20,929.19** | **0.30%** | **$ 68,920.71** | **0.86%** | **$ (47,991.52)** | **-69.63%** |
| **Discounts & Warranty** | | | | | | |
| 4920 Warranty | (17,804.59) | -0.26% | (5,039.45) | -0.06% | (12,765.14) | -253.30% |
| 4910 Refunds & Other Discounts | (2,009.68) | -0.03% | (10,471.13) | -0.13% | 8,461.45 | 80.81% |
| **Total Discounts & Warranty** | **$ (19,814.27)** | **-0.29%** | **$ (15,510.58)** | **-0.19%** | **$ (4,303.69)** | **-27.75%** |
| **Total Income** | **$ 6,883,193.62** | **100.00%** | **$ 8,021,364.98** | **100.00%** | **$ (1,138,171.36)** | **-14.19%** |
| **Cost of Goods Sold** | | | | | | |
| New Equipment | 3,009,190.23 | 43.72% | 4,961,945.84 | 61.86% | (1,893,000.61) | -39.35% |
| Used Equipment | 683,944.43 | 9.94% | 690,719.83 | 8.61% | (6,775.40) | -0.98% |
| Resale Vehicles | 1,391,534.46 | 20.22% | 1,240,516.90 | 15.47% | 151,017.56 | 12.17% |
| Parts | 202,462.78 | 2.94% | 391,868.85 | 4.89% | (189,406.07) | -48.33% |
| Freight | 20,753.58 | 0.30% | 739.71 | 0.01% | 20,013.87 | 2705.64% |
| **Shop Supplies** | | | | | | |
| Inventory Adjustments | (8,607.86) | -0.13% | | 0.00% | (8,607.86) | |
| Other COGS | 0.00 | 0.00% | (497,330.89) | -6.20% | 497,330.89 | 100.00% |
| **Total COGS** | **$ 5,299,277.62** | **76.99%** | **$ 6,788,460.24** | **84.63%** | **$ (1,489,182.62)** | **-21.94%** |
| **Total Cost of Goods Sold** | **$ 5,299,277.62** | **76.99%** | **$ 6,788,460.24** | **84.63%** | **$ (1,489,182.62)** | **-21.94%** |
| **Gross Profit** | **$ 1,583,916.00** | **23.01%** | **$ 1,232,904.74** | **15.37%** | **$ 351,011.26** | **28.47%** |
| **Expenses** | | | | | | |
| **Payroll Expenses** | 136,627.21 | 1.98% | 1,590.41 | 0.02% | 135,036.80 | 8490.69% |
| Shareholder Health Insurance | | 0.00% | 6,609.89 | 0.08% | (6,609.89) | -100.00% |
| Health Insurance | 33,930.82 | 0.49% | 21,706.27 | 0.27% | 12,224.55 | 56.32% |
| Payroll Taxes | 14,514.27 | 0.21% | 18,312.89 | 0.23% | (3,798.62) | -20.74% |
| Wages | (10,413.57) | -0.15% | | 0.00% | (10,413.57) | |
| Wages Paid | 142,571.45 | 2.07% | 238,432.11 | 2.97% | (95,860.66) | -40.20% |
| **Total Payroll Expenses** | **$ 317,230.18** | **4.61%** | **$ 280,041.68** | **3.49%** | **$ 37,188.50** | **13.28%** |
| **Operating Expenses** | | | | | | |
| Advertising | 54,869.16 | 0.80% | 73,311.02 | 0.91% | (18,441.86) | -25.16% |
| Bad Debt | 36,573.10 | 0.53% | | 0.00% | 36,573.10 | |

## WT Repair, LLC
## Profit and Loss
### January - December 2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Customer Relations | 13,347.58 | 0.19% | 8,176.24 | 0.10% | 5,171.34 | 63.25% |
| Freight | 29,473.05 | 0.43% | 55,966.67 | 0.70% | (26,493.62) | -47.34% |
| Fuel & Oil | 16,575.36 | 0.24% | 35,335.19 | 0.44% | (18,759.83) | -53.09% |
| Resale Vehicle Expense | 113,711.05 | 1.65% | 44,939.10 | 0.56% | 68,771.95 | 153.03% |
| Shop Supply | 13,790.18 | 0.20% | 13,550.66 | 0.17% | 239.52 | 1.77% |
| Supplies | | 0.00% | 219.15 | 0.00% | (219.15) | -100.00% |
| Tools | 1,498.67 | 0.02% | 3,871.42 | 0.05% | (2,372.75) | -61.29% |
| Training & Education | 2,088.75 | 0.03% | 807.23 | 0.01% | 1,281.52 | 158.76% |
| Uniforms | 9,151.89 | 0.13% | 7,422.19 | 0.09% | 1,729.70 | 23.30% |
| **Total Operating Expenses** | **$ 291,078.79** | **4.23%** | **$ 243,598.87** | **3.04%** | **$ 47,479.92** | **19.49%** |
| **Shop & Facility Expense** | | | | | | |
| 6290 Rent | 5,287.15 | 0.08% | 7,714.54 | 0.10% | (2,427.39) | -31.47% |
| 6300 Repairs | 3,448.92 | 0.05% | 10,573.20 | 0.13% | (7,124.28) | -67.38% |
| 6340 Telephone | 15,967.98 | 0.23% | 6,108.94 | 0.08% | 9,859.04 | 161.39% |
| 6340 Telephone | 9,830.65 | 0.14% | 1,387.75 | 0.02% | 8,442.90 | 608.39% |
| Cellular | 4,702.61 | 0.07% | 2,509.78 | 0.03% | 2,192.83 | 87.37% |
| Shop Phones | 1,434.72 | 0.02% | 2,211.41 | 0.03% | (776.69) | -35.12% |
| 6390 Utilities | 18,695.32 | 0.27% | 20,540.95 | 0.26% | (1,845.63) | -8.99% |
| 6390 Utilities | 108.83 | 0.00% | 709.95 | 0.01% | (601.12) | -84.67% |
| 6400 Gas and Electric | 12,276.08 | 0.18% | 13,730.64 | 0.17% | (1,454.56) | -10.59% |
| 6410 Water | 2,904.51 | 0.04% | 3,025.48 | 0.04% | (120.97) | -4.00% |
| Internet | 2,985.90 | 0.04% | 3,074.88 | 0.04% | (88.98) | -2.89% |
| Trash | 420.00 | 0.01% | | 0.00% | 420.00 | |
| **Total Shop & Facility Expenses** | **$ 43,399.37** | **0.63%** | **$ 44,937.63** | **0.56%** | **$ (1,538.26)** | **-3.42%** |
| **Admin Expenses** | | | | | | |
| Bank & Merchant Fees | 11,147.28 | 0.16% | 24,892.96 | 0.31% | (13,745.68) | -55.22% |
| Donations | 4,414.63 | 0.06% | | 0.00% | 4,414.63 | |
| Depreciation Expense | | 0.00% | 29,112.14 | 0.36% | (29,112.14) | -100.00% |
| Dues and Subscriptions | 5,912.64 | 0.09% | 10,200.50 | 0.13% | (4,287.86) | -42.04% |
| Insurance | 66,193.55 | 0.96% | 74,992.52 | 0.93% | (8,798.97) | -11.73% |
| Interest Expense | 540.41 | 0.01% | 1,041.82 | 0.01% | (501.41) | -48.13% |
| Credit Card Interest Expense | 8,951.95 | 0.13% | 7,724.77 | 0.10% | 1,227.18 | 15.89% |
| Fixed Note Interest | 62,941.59 | 0.91% | 219,130.21 | 2.73% | (156,188.62) | -71.28% |
| LOC Interest | 2,335.58 | 0.03% | 30,172.79 | 0.38% | (27,837.21) | -92.26% |
| Floor Plan Interest | 4,815.31 | 0.07% | 6,072.33 | 0.08% | (1,257.02) | -20.70% |
| **Total Interest Expense** | **$ 79,584.84** | **1.16%** | **$ 264,141.92** | **3.29%** | **$ (184,557.08)** | **-69.87%** |
| Licenses and Permits | (3,327.17) | -0.05% | 5,172.00 | 0.06% | (8,499.17) | -164.33% |
| Office Supplies | 3,697.84 | 0.05% | 1,884.79 | 0.02% | 1,813.05 | 96.19% |
| Postage and Delivery | 2,824.72 | 0.04% | 4,590.13 | 0.06% | (1,765.41) | -38.46% |
| Professional Legal Fees | | 0.00% | 1,706.00 | 0.02% | (1,706.00) | -100.00% |
| Professional Accounting Fees | 6,000.00 | 0.09% | 1,500.00 | 0.02% | 4,500.00 | 300.00% |
| **Total Taxes** | **$ 18,782.81** | **0.27%** | **$ 5,805.85** | **0.07%** | **$ 12,976.96** | **223.52%** |
| Travel | 458.94 | 0.01% | 336.39 | 0.00% | 122.55 | 36.43% |
| Tolls | 179.36 | 0.00% | 280.23 | 0.00% | (100.87) | -36.00% |
| Other Expenses | 127,869.32 | 1.86% | 4,652.62 | 0.06% | 123,216.70 | 2648.33% |
| **Total Admin Expenses** | **$ 323,738.76** | **4.70%** | **$ 429,268.05** | **5.35%** | **$ (105,529.29)** | **-24.58%** |
| **Total Expenses** | **$ 975,447.10** | **14.17%** | **$ 997,846.23** | **12.44%** | **$ (22,399.13)** | **-2.24%** |
| **Net Income(Loss)** | **$ 608,468.90** | **8.84%** | **$ 235,058.51** | **2.93%** | **$ 373,410.39** | **158.86%** |

| Form **1120-S** | | | **U.S. Income Tax Return for an S Corporation** <br> Do not file this form unless the corporation has filed or <br> is attaching Form 2553 to elect to be an S corporation. <br> Go to *www.irs.gov/Form1120S* for instructions and the latest information. | | | OMB No. 1545-0123 <br> **2023** |
|---|---|---|---|---|---|---|

Department of the Treasury Internal Revenue Service

For calendar year 2023 or tax year beginning , ending

| | | | | | |
|---|---|---|---|---|---|
| **A** S election effective date <br> 01/01/21 | **TYPE** | Name <br> WT Repair, LLC | | **D** Employer identification number <br> 81-0889940 |
| **B** Business activity code number (see instructions) <br> 441300 | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions. <br> PO Box 503 | | **E** Date incorporated <br> 10/26/2015 |
| **C** Check if Sch. M-3 attached ☐ | **PRINT** | City or town, state or province, country, and ZIP or foreign postal code <br> Beloit                    KS  67420 | | **F** Total assets (see instructions) <br> $ 4,823,875 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year .................. 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| **1a** Gross receipts or sales | 8,021,290 | **b** Less Returns and allowances | **c** Balance | **1c** | 8,021,290 |
| **2** Cost of goods sold (attach Form 1125-A) | | | **2** | 6,788,730 |
| **3** Gross profit. Subtract line 2 from line 1c | | | **3** | 1,232,560 |
| **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | **4** | |
| **5** Other income (loss) (see instructions—attach statement) | | | **5** | |
| **6** **Total income (loss).** Add lines 3 through 5 | | | **6** | 1,232,560 |

### Deductions (see instructions for limitations)

| | | |
|---|---|---|
| **7** Compensation of officers (see instructions—attach Form 1125-E) | **7** | |
| **8** Salaries and wages (less employment credits) | **8** | 238,432 |
| **9** Repairs and maintenance | **9** | 10,573 |
| **10** Bad debts | **10** | |
| **11** Rents | **11** | 7,715 |
| **12** Taxes and licenses | **12** | 29,296 |
| **13** Interest (see instructions) | **13** | 279,789 |
| **14** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | 29,109 |
| **15** Depletion (**Do not deduct oil and gas depletion.**) | **15** | |
| **16** Advertising | **16** | 73,311 |
| **17** Pension, profit-sharing, etc., plans | **17** | |
| **18** Employee benefit programs | **18** | 21,706 |
| **19** Energy efficient commercial buildings deduction (attach Form 7205) | **19** | |
| **20** Other deductions (attach statement)                    See Stmt 1 | **20** | 301,171 |
| **21** **Total deductions.** Add lines 7 through 20 | **21** | 991,102 |
| **22** **Ordinary business income (loss).** Subtract line 21 from line 6 | **22** | 241,458 |

### Tax and Payments

| | | | |
|---|---|---|---|
| **23a** Excess net passive income or LIFO recapture tax (see instructions) | **23a** | | |
| **b** Tax from Schedule D (Form 1120-S) | **23b** | | |
| **c** Add lines 23a and 23b (see instructions for additional taxes) | | **23c** | |
| **24a** Current year's estimated tax payments & preceding year's overpayment credited to the current year | **24a** | | |
| **b** Tax deposited with Form 7004 | **24b** | | |
| **c** Credit for federal tax paid on fuels (attach Form 4136) | **24c** | | |
| **d** Elective payment election amount from Form 3800 | **24d** | | |
| **z** Add lines 24a through 24d | | **24z** | |
| **25** Estimated tax penalty (see instructions). Check if Form 2220 is attached | | **25** | ☐ |
| **26** **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | **26** | |
| **27** **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | **27** | |
| **28** Enter amount from line 27: **Credited to 2024 estimated tax** | Refunded | **28** | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer  Wesley Thompson    Date    Title  Member

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

### Paid Preparer Use Only

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name <br> Marni Walker, CPA | Preparer's signature <br> Marni Walker, CPA | Date <br> 12/16/24 | Check ☐ if self-employed | PTIN |
| Firm's name  Stees, Walker & Company LLP | | | Firm's EIN  47-1828133 | |
| Firm's address 16875 W Bernardo Dr Suite 290 <br> San Diego, CA          92127 | | | Phone no.  858-487-4580 | |

**For Paperwork Reduction Act Notice, see separate instructions.**    Form **1120-S** (2023)

DAA

Docusign Envelope ID: 433D5B17-BB24-45C4-9470-2D7EA1B7A488

## Schedule B — Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:   a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) |  |  |
| 2 | See the instructions and enter the:<br>**a** Business activity  Equipment Sales/Repair   **b** Product or service  Equipment Sales/Repair |  |  |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation |  | X |
| 4 | At the end of the tax year, did the corporation: |  |  |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below |  | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below |  | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | (i)  Total shares of restricted stock |  |  |
|  | (ii) Total shares of non-restricted stock |  |  |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | (i)  Total shares of stock outstanding at the end of the tax year |  |  |
|  | (ii) Total shares of stock outstanding if all instruments were executed |  |  |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? |  | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ☐<br>If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. |  |  |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions       $ |  |  |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions |  | X |
| **10** | Does the corporation satisfy one or more of the following? See instructions |  | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. |  |  |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. |  |  |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. |  |  |
|  | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). |  |  |
| **11** | Does the corporation satisfy **both** of the following conditions? |  | X |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. |  |  |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. |  |  |
|  | If "Yes," the corporation is not required to complete Schedules L and M-1. |  |  |

DAA

Form 1120-S (2023)   **WT Repair, LLC**                          81-0889940                          Page 3

## Schedule B   Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction .......... $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 .......... $ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | X |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | 241,458 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) ........ 3a | | |
| | b | Expenses from other rental activities (attach statement) ........ 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | 8 |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends ........ 5b | | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b | Collectibles (28%) gain (loss) ........ 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) ........ 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions) ...... Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Charitable contributions | 12a | |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures ...... Type: | 12c | |
| | d | Other deductions (see instructions) ...... Type: | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions) ...... Type: | 13d | |
| | e | Other rental credits (see instructions) ...... Type: | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions) ...... Type: | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties – gross income | 15d | |
| | e | Oil, gas, and geothermal properties – deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | 6,778 |
| | d | Distributions (attach statement if required) (see instructions) | 16d | 253,141 |
| | e | Repayment of loans from shareholders | 16e | |
| | f | Foreign taxes paid or accrued | 16f | |

Form **1120-S** (2023)

DAA

DocuSign Envelope ID: 433D5B17-BB24-45C4-9470-2D7EA1B7A488

Form 1120-S (2023)  **WT Repair, LLC**                    81-0889940                    Page 4

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Other Information** | 17a | Investment income | 17a | 8 |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement)  See Statement 2 | | |
| **Recon-ciliation** | 18 | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | 241,466 |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 0 | | 89,786 |
| 2a | Trade notes and accounts receivable | 567,835 | | 220,360 | |
| b | Less allowance for bad debts | ( 0) | 567,835 | ( 0) | 220,360 |
| 3 | Inventories | | 2,487,528 | | 2,624,394 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement)  Stmt 3 | | 39 | | 7,025 |
| 7 | Loans to shareholders | | 1,405,864 | | 1,544,242 |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 753,741 | | 753,741 | |
| b | Less accumulated depreciation | 414,196 | 339,545 | 443,305 | 310,436 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | 4,000 | | 4,000 |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement)  Stmt 4 | | 23,632 | | 23,632 |
| 15 | Total assets | | 4,828,443 | | 4,823,875 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 1,216,228 | | 1,485,176 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 402,590 | | 391,982 |
| 18 | Other current liabilities (attach statement)  Stmt 5 | | 334,918 | | 257,175 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 2,830,484 | | 2,663,772 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 44,223 | | 25,770 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 4,828,443 | | 4,823,875 |

Form **1120-S** (2023)

DAA

Docusign Envelope ID: 433D5B17-BB24-45C4-9470-2D7EA1B7A488

**Schedule M-1** Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 234,688 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest  $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation  $ | | a | Depreciation  $ | |
| b | Travel and entertainment  $         168 | | | | |
| | Stmt 6         6,610 | 6,778 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 241,466 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 241,466 |

**Schedule M-2** Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 44,223 | | | |
| 2 | Ordinary income from page 1, line 22 | 241,458 | | | |
| 3 | Other additions          Stmt 7 | 8 | | | |
| 4 | Loss from page 1, line 22 | ( ) | | | |
| 5 | Other reductions          Stmt 8 | ( 6,778) | | | ( ) |
| 6 | Combine lines 1 through 5 | 278,911 | | | |
| 7 | Distributions | 253,141 | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 25,770 | | | |

Form **1120-S** (2023)

Docusign Envelope ID: 433D5B17-BB24-45C4-9470-2D7EA1B7A488

671121

| | |
|---|---|
| ☐ Final K-1 | ☐ Amended K-1 |

OMB No. 1545-0123

**Schedule K-1**
**(Form 1120-S)**
**2023**
For calendar year 2023, or tax year

Department of the Treasury
Internal Revenue Service

beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** See separate instructions.

| **Part I** | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number
81-0889940

**B** Corporation's name, address, city, state, and ZIP code
WT Repair, LLC

PO Box 503
Beloit          KS   67420

**C** IRS Center where corporation filed return
e-file

**D** Corporation's total number of shares
Beginning of tax year .................... 100
End of tax year ........................ 100

| **Part II** | **Information About the Shareholder** |
|---|---|

**E** Shareholder's identifying number
████2758

**F** Shareholder's name, address, city, state, and ZIP code
Wesley  Thompson
PO Box 503

Beloit          KS   67420

**G** Current year allocation percentage .............. 100.000000 %

**H** Shareholder's number of shares
Beginning of tax year ................... 100
End of tax year ....................... 100

**I** Loans from shareholder
Beginning of tax year .............. $ ____0
End of tax year ................... $ ____0

For IRS Use Only

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 241,458 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 8 | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked .................. ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 C* | Items affecting shareholder basis STMT |
| 10 | Other income (loss) | D | 253,141 |
| | | 17 A | Other information 8 |
| 11 | Section 179 deduction | V* | STMT |
| 12 | Other deductions | AC* | STMT |
| 18 | More than one activity for at-risk purposes* | | |
| 19 | More than one activity for passive activity purposes* | | |

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.     www.irs.gov/Form1120S                    Schedule K-1 (Form 1120-S) 2023
DAA

| Form **4562** | | **Depreciation and Amortization** (Including Information on Listed Property) | | | OMB No. 1545-0172 **2023** |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | Attach to your tax return. Go to *www.irs.gov/Form4562* for instructions and the latest information. | | | Attachment Sequence No. **179** |

| Name(s) shown on return | Identifying number |
|---|---|
| WT Repair, LLC | 81-0889940 |

Business or activity to which this form relates

Regular Depreciation

## Part I  Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount (see instructions) | | 1 | 1,160,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | | 3 | 2,890,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 11,264 |

## Part III  MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 | 17 | 3,727 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

### Section B—Assets Placed in Service During 2023 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C—Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 14,118 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 29,109 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

| | | |
|---|---|---|
| For Paperwork Reduction Act Notice, see separate instructions. | | Form **4562** (2023) |
| DAA | | |

WT Repair, LLC         81-0889940

Form 4562 (2023)         Page **2**

## Part V   Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

| 24a Do you have evidence to support the business/investment use claimed? | **X** Yes | | No | 24b | If "Yes," is the evidence written? | | | **X** No |
|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ Investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | 25 | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| 2021 Ford F350 | 03/16/21 | 100.00 % | 58,136 | 58,136 | 5.0 | 200DBHY | 11,162 | |
| 2011 F250 White Service Truck | 04/16/21 | 100.00 % | 15,399 | 15,399 | 5.0 | 200DBHY | 2,956 | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 14,118 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | | X |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | | X |
| **39** Do you treat all use of vehicles by employees as personal use? | | | X |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | | X |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | | X |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

## Part VI   Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2023 tax year | | | | 43 | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

DAA         Form **4562** (2023)

| Form **1125-A** | | Cost of Goods Sold | | | |
|---|---|---|---|---|---|
| (Rev. November 2018)<br>Department of the Treasury<br>Internal Revenue Service | | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.<br>▶ Go to *www.irs.gov/Form1125A* for the latest information. | | | OMB No. 1545-0123 |

| Name | | Employer identification number |
|---|---|---|
| WT Repair, LLC | | 81-0889940 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | **1** | 2,487,528 |
| 2 | Purchases | **2** | 6,925,596 |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) | **5** | |
| 6 | **Total.** Add lines 1 through 5 | **6** | 9,413,124 |
| 7 | Inventory at end of year | **7** | 2,624,394 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 6,788,730 |

**9a** Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☒ Lower of cost or market
  (iii) ☐ Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | **9d** |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

For Paperwork Reduction Act Notice, see instructions.    Form **1125-A** (Rev. 11-2018)

DAA

**Fill in this information to identify the case:**

Debtor name    WT Repair, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $564,256.00 |
| For prior year:<br>From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $6,882,773.00 |
| For year before that:<br>From 1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $8,021,357.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2025 to Filing Date | Interest on Bank Account | $23.00 |
| For prior year:<br>From 1/01/2024 to 12/31/2024 | Interest on Bank Account | $22.00 |
| For year before that:<br>From 1/01/2023 to 12/31/2023 | Interest on Bank Account | $7.00 |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | WT Repair, LLC | Case number (if known) | |
|--------|----------------|-------------------------|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|------------------------------|-------|-----------------------|-----------------------------------------------------------|
| 3.1. | To Be Amended | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|-------------------------------------------------------|-------|-----------------------|----------------------------------|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|------------------------------|---------------------------|------|--------------------|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|------------------------------|------------------------------------------|------------------------|--------|

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|----------------------------|----------------|-------------------------------------|-----------------|
| 7.1. | First National Bank and Trust v. Debtor, et al<br>MC-2024-CV-000024 | Civil Debt Collection | District Court of Mitchell County Kansas<br>111 South Hershey Avenue<br>Beloit, KS 67420 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | WT Repair, LLC | Case number (if known) | |
|---|---|---|---|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| First National Bank and Trust<br>225 State Street<br>Phillipsburg, KS 67661 | All Real & Personal Property | Unknown |
| | **Case title**<br>First National Bank and Trust v. Debtor, | **Court name and address**<br>District Court of Mitchell |
| | **Case number**<br>MC-2024-CV-000024 | County Kansas<br>111 South Hershey |
| | **Date of order or assignment**<br>5/05/2025 | Avenue<br>Beloit, KS 67420 |

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Ducks Unlimited<br>1000 West Highway 64<br>Suite 100<br>Memphis, TN 38117 | Cash Donation | 3/01/2024 | $3,714.63 |
| | **Recipients relationship to debtor**<br>None | | | |

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    WT Repair, LLC                                                  Case number (if known) _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 4/29/2025 - $5,000.00 5/08/2025 - $5,000.00 5/14/2025 - $7,738.00 | |
| | Evans and Mullinix PA 7225 Renner Rd  Ste 200 Shawnee, KS 66217-3043 | | | $17,738.00 |

Email or website address
emlawkc.com

Who made the payment, if not debtor?

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  Personally Identifiable Information

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | WT Repair, LLC | Case number *(if known)* | |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| FARMWAY CREDIT UNION<br>200 South Hersey Ave<br>Beloit, KS 67420 | Wesley Thompson | Titles & Deeds | ☐ No<br>☑ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | WT Repair, LLC | Case number *(if known)* | |
|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Stes Walker & Company LLP 16875 West Renardo Suite 290 San Diego, CA 92127 | 2023 to 2024 |
| 26a.2. | DM Bruce Owner Solutions 4910 Corporate Centre Drive Suite 101 Lawrence, KS 66047 | January 2025 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | WT Repair, LLC | Case number (if known) | |
|---|---|---|---|

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Astra Bank<br>Scandia, KS |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Wesley Thompson | 204 North Pine<br>Beloit, KS 67420 | Managing Member | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Wesley Thompson | $21,79516 | Various of Last Year | Salary / Living Expenses |
| | Relationship to debtor<br>Managing Partner | | | |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor      WT Repair, LLC                                        Case number *(if known)*  _____

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | WT Repair, LLC | Case number *(if known)* | |
|---|---|---|---|

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/15/2025

*Wesley Thompson*
2D51B172BDD944B...
Signature of individual signing on behalf of the debtor

Wesley Thompson
Printed name

Position or relationship to debtor    Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Kansas

In re    WT Repair, LLC                                                Case No. _____

                                          Debtor(s)            Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Hourly |
| Prior to the filing of this statement I have received | $ | 16,000.00 |
| Balance Due | $ | Hourley |

2.   $ __1,738.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

5/15/2025

_____
*Date*

/s/ Colin N. Gotham
Colin Gotham KS#19538; MO#52343
*Signature of Attorney*
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700  Fax: (913) 962-8701
cgotham@emlawkc.com
*Name of law firm*

Attorney General
Main Justice Building
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Beverly M. Weber
Armstrong Teasdale
2345 Grand Blvd., Suite 1500
Kansas City, MO 64108

BUHLER TRADING INC.
301 Mountain St S
Morden, MB, R6M 1X7 Canada

Bush Hog, Inc.
2501 Griffin Avenue
Selma, AL 36703

CNH INDUSTRIAL CAPITAL AMERICA, LLC
500 Diller Avenue
New Holland, PA 17557-9301

DEERE & COMPANY
One John Deere Place
Moline, IL 61265

FARM CREDIT SERVICES OF AMERICA, PCA
4701 North Sixth Street
Beatrice, NE 68310

FARM CREDIT SERVICES OF AMERICA, PCA
5015 South 118th Street
Omaha, NE 68137

FARMWAY CREDIT UNION
200 South Hersey Ave
Beloit, KS 67420

First National Bank and Trust
225 State Street
Phillipsburg, KS 67661

First National Bank and Trust
(Solomon Valley Bank)
225 State Street
Phillipsburg, KS 67661


Ford Motor Credit Company
PO Box 54200
Omaha, NE 68154-8000


Ford Motor Credit Company
1501 North Plano Road
Suite 100
Richardson, TX 75081


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Attn: Insolvency/Advisory
Mail Stop 5334 LSM
2850 NE Independence Ave
Lees Summit, MO 64064


Jeremy E. Koehler
Foulston Attorneys at Law
1551 North Waterfront Parkway
Suite 100
Wichita, KS 67206-4466


Kansas Attorney General
120 SW 10th Avenue
2nd Floor
Topeka, KS 66612


Kansas Department of Labor
Attn: Legal Services
401 SW Topeka Blvd
Topeka, KS 66603-3182


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka, KS 66612-2005

Katherine E. Simpson
Stevens & Brand, LLP
900 Massachusetts Street, Suite 500
Lawrence, KS 66044-2868


MacDon, Inc.
10708 North Pomona Avenue
Kansas City, MO 64153-1924


Matthew A. Tate
Litchfield Cavo LLP
10401 Holmes Road
Suite 220
Kansas City, MO 64131


Mitchell County Treasurer
111 South Hersey
Beloit, KS 67420


NEXTGEAR CAPITAL, INC.
11799 North College Avenue
Carmel, IN 46032


PRICE BROS EQUIPMENT
619 South Washington Avenue
Wichita, KS 67211


Renee Thompson
204 North Pine
Beloit, KS 67420


Surepoint AG
9904 KS Hwy 25
Carmel, IN 46032


US Attorney
US Courthouse
500 State Avenue, Rm 360
Kansas City, KS 66101


US Bank
Bankruptcy Department
PO Box 5229
Cincinnati, OH 45201-5229

Docusign Envelope ID: 433D5B17-BB24-45C4-9470-2D7EA1B7A488

WELLS FARGO FINANCIAL LEASING, INC.
1961 Hirst Drive
Moberly, MO 65270


WELLS FARGO FINANCIAL LEASING, INC.
800 Walnut Street
Des Moines, IA 50309


Wesley Smith
Stevens & Brand, LLP
4848 SW 21st Street
Suite 201
Topeka, KS 66604


Wesley Thompson
204 North Pine
Beloit, KS 67420

# United States Bankruptcy Court
## District of Kansas

In re   WT Repair, LLC _____    Case No. _____

                       Debtor(s)    Chapter   11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   5/15/2025 _____

Signed by:

*Wesley Thompson*

2DA18B4794D9449...

Wesley Thompson/Managing Member
Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    WT Repair, LLC

Case No. _____

Debtor(s)

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Wesley Thompson<br>204 North Pine<br>Beloit, KS 67420 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    5/15/2025

Signature    *Wesley Thompson*
Signed by:
20A1484794D9449
Wesley Thompson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Docusign Envelope ID: 433D5B17-BB24-45C4-9470-2D7EA1B7A488

# United States Bankruptcy Court
## District of Kansas

In re    WT Repair, LLC                               Case No. _____

                             Debtor(s)           Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    WT Repair, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____

Date

DocuSigned by:

*Colin N. Gotham*

Colin Gotham KS#19538; MO#52343

Signature of Attorney or Litigant

Counsel for    WT Repair, LLC

Evans & Mullinix, P.A.

7225 Renner Road, Suite 200

Shawnee, KS 66217

(913) 962-8700 Fax:(913) 962-8701

cgotham@emlawkc.com